# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ACUMARINE TRANSPORTATION, L.P., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) CIVIL ACTION NO. 09-0159-KD-M<br>) |
| M. R. MARINE, INC., et al., | )<br>) |
| Defendants. | ) |

## ORDER

Pursuant to 28 U.S.C. § 455(a), the undersigned does hereby recuse herself from any and all further involvement in this proceedings.

**DONE** and **ORDERED** this **25th** day of **May, 2010.**

 /s/ Kristi K. DuBose  
**KRISTI K. DuBOSE**  
**UNITED STATES DISTRICT JUDGE**