IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


NATIONAL LIABILITY AND FIRE          :
INSURANCE COMPANY, et al.,           :
                                     :
     Plaintiffs,                     :
                                     :
vs.                                  :     CIVIL ACTION 09-0159-CG-M
                                     :
M. R. MARINE, INC., etc.,            :
et al.,                              :
                                     :
     Defendants.                     :


ORDER


     Pursuant to the provisions of 28 U.S.C. § 455, the

undersigned Magistrate Judge hereby **RECUSES** himself from this

action.

     DONE this 2nd day of June, 2010.



                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE